United States District Court
Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   UNITED STATES OF AMERICA,                Case No. 15-cr-00106-EJD-1
              Plaintiff,
8
9         v.                                 **ORDER REASSIGNING FUGITIVE CRIMINAL CASE**
10  WEI PANG,
              Defendant.
11
12
13        The court having been advised that defendant Wei Pang is a fugitive, it is hereby ordered
14  that this case, as to defendant Wei Pang, is removed from the list of cases pending before the
15  undersigned judge and the Clerk is instructed to reassign it to the Executive Committee. On
16  motion of either party for good cause shown, the case will be restored to the list of cases pending
17  before the undersigned.
18        **IT IS SO ORDERED.**
19  Dated: 3/30/2017
20                                           
                                             _____
21                                           EDWARD J. DAVILA
                                             United States District Judge
22
23
24
25
26
27
28